# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

___

SHARON COLLINS,

    Plaintiff,

v.                                                   Case No. 2:20-cv-2682-MSN-cgc

COLLIERVILLE NURSING AND
REHABILITATION, LLC,

    Defendant.

___

## JUDGMENT WITHOUT PREJUDICE
___

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed September 11, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal (ECF No. 12), filed October 16, 2020, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

October 19, 2020
Date